

**FILED**

APR 19 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, | Case No. 2:12-mj-0055 KJN |
| Plaintiff, | **UNDER SEAL** |
| v | ORDER UNSEALING CRIMINAL COMPLAINT |
| FRANK ALIOTO, | |
| Defendant. | |

O R D E R

Pursuant to Local Rule 141(f) and based upon the Government's Motion to Unseal the Criminal Complaint, **IT IS HEREBY ORDERED** that the Criminal Complaint and Affidavit in support of the Criminal Complaint in Mag. No. 2:12-mj-0055 GGH be, and is, hereby ordered **UNSEALED**.

**IT IS SO ORDERED.**

DATED: April 19, 2012

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE